# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: 4921 12th Avenue LLC                                      Bankruptcy Case No.: 1–18–47256–cec

4921 12th Avenue LLC

                                     Plaintiff(s),

–against–                                                        Adversary Proceeding No. 1–19–01030–cec

Galster Funding LLC

                                     Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
| --- |
| **United States Bankruptcy Court** |
| **271–C Cadman Plaza East, Suite 1595** |
| **Brooklyn, NY 11201–1800** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| **Joseph Y. Balisok** |
| **Balisok & Kaufman PLLC** |
| **251 Troy Avenue** |
| **Brooklyn, NY 11213** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Location:** | **Date and Time:** |
| --- | --- |
| United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3529 – 3rd Floor, Brooklyn, NY 11201–1800 | May 22, 2019 at 03:00 PM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: March 21, 2019                              Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]