UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                         Chapter 11

      4921 12th Avenue LLC,                          Case no. 18-47256

                            Debtor.
-----------------------------------------------------------x
4921 12th Avenue LLC,

                            Plaintiff,

-against-                                                                    Adv. Proc. 19-01030

Galster Funding, LLC,

                            Defendant.
-----------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

      Mark Frankel, being duly affirmed, deposes and says:  I am over the age of eighteen years, I reside in Nassau County, I am not a party herein, and on the 12th day of June, 2019, I caused to be served a true copy of the *Notice of Presentment and Proposed Order*, upon the interested parties listed below, at the address listed below, by Federal Express.

                                                                          s/ Mark Frankel

Affirmed before me this 19th
Day of June, 2019

s/Scott Krinsky
Notary Public

# Mark Frankel

| | |
|---|---|
| **From:** | Mark Frankel |
| **Sent:** | Wednesday, June 12, 2019 11:11 AM |
| **To:** | 'balisoklawyers@gmail.com'; David Fiveson (dfiveson@bffmlaw.com); 'alla@kachanlaw.com'; cec_hearings@nyeb.uscourts.gov |
| **Subject:** | 1-19-01030-cec 4921 12th Avenue LLC v. Galster Funding LLC:  Notice of Electronic Filing of Notice of Presentment of Dismissal Order |
| **Attachments:** | Adv Proc. Dismissal Order-NOP-Filed.pdf |

Top of Form

## U.S. Bankruptcy Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Mark A. Frankel entered on 6/12/2019 at 10:42 AM EDT and filed on 6/12/2019

**Case Name:** 4921 12th Avenue LLC v. Galster Funding LLC
**Case Number:** 1-19-01030-cec
**Document Number:** 12

**Docket Text:**
Notice of Settlement of Proposed Order; Order to be settled for July 8, 2019 Filed by Galster Funding LLC. (Frankel, Mark)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Adv Proc. Dismissal Order-NOP.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=6/12/2019] [FileNumber=21932407-0
] [51714c40ac8212a1296426446663dea1b79d786267db916e399ad849ec33cc799d1
9184ae2867887c03e8e8d5110043dcfa9e6320432efcb8f10a893e2845af1]]

**1-19-01030-cec Notice will be electronically mailed to:**

Joseph Y. Balisok on behalf of Plaintiff 4921 12th Avenue LLC
balisoklawyers@gmail.com, shalom@lawbalisok.com

David K Fiveson on behalf of Creditor Old Republic National Title Insurance Company
dfiveson@bffmlaw.com

David K Fiveson on behalf of Defendant Galster Funding LLC
dfiveson@bffmlaw.com

Mark A. Frankel on behalf of Defendant Galster Funding LLC

mfrankel@bfklaw.com, mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

**1-19-01030-cec Notice will not be electronically mailed to:**

Bottom of Form

Best Regards,

Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York  10022
(212) 593-1100

mfrankel@bfklaw.com, mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com